```
 1  PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  In re:                          Case No. 14-42729 RLE

11  MONDAY LEE MCCLOURINA,          Chapter 13

12          Debtors.                CERTIFICATE OF SERVICE
    _____/
13

14       My place of business is in the County of Alameda; I am over the age
    of 18 years and not a party to the within action; my business address is
15  One Kaiser Plaza, Suite 480, Oakland, CA 94612.

16       On July 3, 2014, I served the within;

17   Amended Schedule F; Notice of Chapter 13 Bankruptcy Case, Meeting of
                          Creditors, & Deadlines
18

19  on the below-named electronically through the court's CM/ECF program:

20  Martha Bronitsky, Trustee            U. S. Trustee

21  and on the below names in this action by placing a true copy thereof
    in a sealed envelope with postage thereon fully paid in the United
22  States Mail at Oakland, CA addressed as follows:

23  See attached list

24       I declare under penalty of perjury under the laws of the State of
    California that the foregoing is true and correct.
25

26  Dated: July 3, 2014      /s/ Joe P. Segura
                             JOE P. SEGURA


Certificate of Service                                        Page 1 of 2
```

| | |
|---|---|
| 1 | Pacific Gas & Electric Company |
| 2 | Bankruptcy Unit<br>PO Box 8329<br>Stockton, CA 95208 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

Certificate of Service