Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
September 03, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 2, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mcclourina Lee Monday<br><br><br><br>debtor(s) | Chapter 13 Case No. 14-42729-RLE13<br><br>Hearing: N/A<br>Time: N/A<br>Courtroom: N/A |

## ORDER OF DISMISSAL

The Chapter 13 Trustee filed a Motion to Dismiss to Failure to Make Plan Payments on July 28, 2014. The Debtor filed a Proposed Resolution on August 18, 2014. The Trustee has filed a declaration indicating that the Debtor has not complied with the Motion to Dismiss and that the Proposed Resolution was not relevant and did not address the Motion.

Good cause appearing, IT IS ORDERED:

This case is DISMISSED effective immediately.

END OF ORDER

COURT SERVICE LIST

ALL RECIPIENTS