PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed September 10, 2014

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                  Case No. 14-42729 RLE

**MCCLOURINA LEE MONDAY,**       Chapter 13

                                  ORDER VACATING DISMISSAL AND
                                  REINSTATING CHAPTER 13 CASE
             **Debtor.**
_____/

The above named debtor having filed an Ex Parte Motion to Vacate Dismissal, the Trustee having consented and good cause appearing therefore;

**IT IS ORDERED** that the dismissal is vacated and the case is reinstated.

                                     **END OF ORDER**

**COURT SERVICE LIST**

'No Physical Service Required'