Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re

Mcclourina Lee Monday

Debtors(s)

Chapter 13 Case Number:
14-42729-RLE13

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on October 21, 2014 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 201, Oakland, California.

**DEBTOR(S) PERSONAL APPEARANCE IS REQUIRED AT THIS HEARING**

Date: September 15, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In Re | |
| 2 | Mcclourina Lee Monday | Chapter 13 Case Number:<br>14-42729-RLE13 |
| 3 | Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| September 15, 2014 | /s/Veronica Valdez<br>Veronica Valdez |
| Mcclourina Lee Monday<br>1907 - 105Th Avenue<br>Oakland,CA 94603<br><br>(Debtor(s)) | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland,CA 94612<br><br>(Counsel for Debtor) |

California Check Cashing
10950 International Blvd., #F
Oakland, CA  94603-0000

Cash Call
Po Box 66007
Anaheim, CA  92816-0000

Lane Bryant
Po Box 659728
San Antonio, TX  78265-0000

Pacific Gas And Electric Company
Po Box 8329
C/O Bankruptcy Department
Stockton, CA  95208-0000

Cashcall Inc C/O Weinstein And Riley
2001 Western Ave #400
Seattle, WA  98121-0000

| | | |
|---|---|---|
| 1 | California Check Cashing Stores Llc<br>6785 Bobcat Way #200<br>Dublin, OH  43016<br>(Creditor) | Bel Air Apartments<br>200 Shoreline Loop<br>San Ramon, CA  94582<br>(Creditor) |
| 4 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) | Csaa<br>2220 Mountain Blvd<br>Oakland, CA  94611<br>(Creditor) |
| 7 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) | Capital One<br>Po Box 30281<br>Salt Lake City, UT  84130<br>(Creditor) |
| 9 | 76 Gasoline<br>Po Box 7200<br>Bartlesville, OK  74005<br>(Creditor) | Cash Advance<br>7937 Auburn Blvd.<br>Citrus Heights, CA  95610<br>(Creditor) |
| 12 | At&T<br>Po Box 537104<br>Atlanta, GA  30353<br>(Creditor) | Cashcall Inc C/O Weinstein And Riley<br>Po Box 3978<br>Seattle, WA  98124<br>(Creditor) |
| 15 | At&T Mobility<br>Po Box 537104<br>Atlanta, GA  30353<br>(Creditor) | Citibank<br>100 Citibank Drive<br>San Antonio, TX  78245<br>(Creditor) |
| 17 | Aladdin Bail Bonds<br>458 7Th Street<br>Oakland, CA  94612<br>(Creditor) | Direct Tv<br>Po Box 6550<br>Greenwood, CO  801556550<br>(Creditor) |
| 20 | Alambra<br>5660 New Northside Drive, Suite 500<br>Atlanta, GA  30328<br>(Creditor) | Dr. Stephen Reid, Dds<br>400 El Cerrito Blvd., #106<br>Danville, CA  94526<br>(Creditor) |
| 23 | Bally'S Total Fitness<br>Po Box 96241<br>Washington, DC  200906241<br>(Creditor) | Dr. Wesley M. Rosenthal, Dds<br>2355 San Ramon Valley Blvd.<br>San Ramon, CA  94583<br>(Creditor) |
| 26 | Barbara Duplissis<br>1220 Foothill Blvd., Apt O<br>Oakland, CA  94606<br>(Creditor) | Ed Financial<br>120 N Seven Days D<br>Knoxville, TN  37922<br>(Creditor) |

| | | |
|---|---|---|
| 1 | Elzna Duplissis<br>2066 84Th Avenue<br>Oakland, CA  94621<br>(Creditor) | Toyota Mte<br>Po Box 22202<br>Owings Mills, MD  211171397<br>(Creditor) |
| 2 | | |
| 3 | | |
| 4 | First Premier<br>6010 S. Minnesota Avenue, Suite 208<br>Sioux Falls, SD  57101<br>(Creditor) | Citibank<br>100 Citibank Drive<br>San Antonio, TX  78245<br>(Creditor) |
| 5 | | |
| 6 | | |
| 7 | Ge Money Bank<br>Po Box 981284<br>El Paso, TX  79998<br>(Creditor) | First Premier<br>6010 S. Minnesota Avenue, Suite 208<br>Sioux Falls, SD  57101<br>(Creditor) |
| 8 | | |
| 9 | | |
| 10 | Gecrb/ Empire Today<br>333 Northwest Avenue<br>Melrose Park, IL  601641604<br>(Creditor) | First Premier<br>6010 S. Minnesota Avenue, Suite 208<br>Sioux Falls, SD  57101<br>(Creditor) |
| 11 | | |
| 12 | Home Depot<br>2455 Pace Ferry Road<br>Atlanta, GA  30339<br>(Creditor) | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346<br>(Creditor) |
| 13 | | |
| 14 | | |
| 15 | Quantum3 Group Llc/Comenity Bank<br>Po Box 788<br>Kirkland, WA  980830788<br>(Creditor) | Pacific Gas And Electric<br>Bankruptcy Dept<br>Po Box 8329<br>Stockton, CA  952080329<br>(Creditor) |
| 16 | | |
| 17 | | |
| 18 | Laurel Smile Dentistry<br>3630 Macarthur Blvd.<br>Oakland, CA  94619<br>(Creditor) | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  958122952<br>(Creditor) |
| 19 | | |
| 20 | Patelco Credit Union<br>Po Box 80280<br>Pleasanton, CA  94588<br>(Creditor) | |
| 21 | | |
| 22 | | |
| 23 | Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH  44143<br>(Creditor) | |
| 24 | | |
| 25 | | |
| 26 | Target National Bank<br>1000 Nicollet Mall<br>Minneapolis, MN  55403<br>(Creditor) | |
| 27 | | |
| 28 | | |